

FILED
CLERK, U.S. DISTRICT COURT

APR 1 1 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:07-CR-405-CAS |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| Joshua Michael Lundquist, | ) | Allegations of Violations of Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

    1.    The court finds that no condition or combination of

        conditions will reasonably assure:

        A.    (✓) the appearance of defendant as required; and/or

        B.    (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

    A.   ( ✓ ) Defendant has failed to demonstrate by clear and
           convincing evidence that he is not likely to pose
           a risk to the safety of any other persons or the
           community.  Defendant poses a risk to the safety
           of other persons or the community based on:

           _____

           _____

           _____

           _____

_____

    B.   ( ✓ ) Defendant has failed to demonstrate by clear and
           convincing evidence that he is not likely to flee
           if released.  Defendant poses a flight risk based
           on: _____

           _____

           _____

           _____

           _____

    IT IS ORDERED that defendant be detained.

DATED: __4/11/17_____

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge