O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-405-CAS - 1 |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| JOSHUA MICHAEL LUNDQUIST, | ) | |
| Defendant. | ) | |

On July 16, 2015 and April 24, 2017, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on July 14, 2015, November 18, 2015 and March 3, 2016. Government counsel, Shawn Nelson, the defendant and his appointed Deputy Federal Public Defender attorney, Asal Akhondzadeh, were present. The U.S. Probation Officer, Gregory Kirk, was also present.

The defendant changes his denial of July 16, 2015 to allegations 1 of the Petition on Probation and Supervised Release filed July 14, 2015. The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petitions on Probation and Supervised Release filed on July 14, 2015, November 18, 2015 and March 3, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on September 24, 2007.

///

///

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     April 25, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk